## MASTERTON, et al. *versus* BEASLEY, et al.

A judgment by default, before filing a declaration, is error.

PERRY, J.—The record, in this case, shews, that the plaintiff in the Court below, before he filed his declaration, took a judgment by default, against the defendants, which judgment is said to be erroneous, and it has been so held by repeated decisions of this Court.

The judgment must, therefore, be reversed back to the writ, and the cause remanded.